2005R00129[UFAP]
736973 [Marshal's]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Hon. G. Donald Haneke |
| v. | : | Mag. No. 03-4034 |
| NAEEM MILLER, a/k/a "Dreads" | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Magistrate No. 04-4034 against Naeem Miller, a/k/a "Dreads," which Complaint was filed on March 10, 2003, charging the defendant with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073, for the reason that the defendant was arrested.

This dismissal is without prejudice.

CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. G. DONALD HANEKE
United States Magistrate Judge

Date: March 3, 2005